SILK SCREEN SUPPLIES, INC., ET AL. *v.* UNITED STATES

No. 5660.—Invoices dated Panissieres, France, December 10, 1937, and Paris, France, March 22, 1938.
Certified December 11, 1937, and March 23, 1938.
Entered at New York, N. Y.. January 12, 1938, and April 5, 1938.
Entry Nos. 800018 and 837206/2.

(Decided on rehearing June 18, 1942) .

*Strauss & Hedges* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: The two appeals listed in schedule A, hereto attached and made a part hereof, having been formally abandoned, are hereby dismissed. Judgment will be rendered accordingly.